**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SHANA BELL, ANGELA HART, JASMINE BROWN, JENNIFER TAYLOR, and GAMALIEL GUZMAN, <br><br>     **Plaintiffs,** <br><br>     **v.** <br><br> ACCORD SERVICES, LLC, a Georgia corporation, and STEVEN ADAMS, an individual, <br>     **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Civil Action No.:** <br><br>    **1:15-cv-00976-AT** |

**ORDER**

The parties filed a Joint Motion for Approval of Settlement of Claims under the Fair Labor Standards Act along with their proposed Settlement Agreement and Release. In their Motion, the parties provide detailed information regarding the manner in which the settlement amounts were calculated. The Court has reviewed the Settlement Agreements for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the settlement agreements constitute fair, reasonable, and adequate

resolution of this action. **THEREFORE**, the Court **GRANTS** the parties' Joint

Motion for Approval of Settlement of Claims and **APPROVES** the Settlement

Agreement and Release.

**IT IS SO ORDERED** this 8th day of August, 2016.

Amy Totenberg
United States District Judge