UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANA BELL, ANGELA HART, JASMINE BROWN, JENNIFER TAYLOR, and GAMALIEL GUZMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ACCORD SERVICES, LLC, a Georgia Corporation, and STEVEN ADAMS, an individual,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>1:15-cv-0976-AT |

## ATTORNEY FEE JUDGMENT

This action having come before the court, Honorable Amy Totenberg, United States District Judge, on the Plaintiffs' Motion for Attorneys' Fees, and the court having granted in part and denied in part said motion, it is

**Ordered and adjudged** that Defendants pay $134,745.00 in attorneys' fees and $6,825.89 in costs (for a total of $141,570.89) to Plaintiffs.

Dated at Atlanta, Georgia this 24th day of March, 2017.

              JAMES N. HATTEN
              CLERK OF COURT

           By: *s/Amanda Querrard*
              Deputy Clerk

Prepared and entered
in the Clerk's Office
 March 24, 2017
James N. Hatten
Clerk of Court

By: *s/Amanda Querrard*
   Deputy Clerk